**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>GESSICA VARGAS<br>Defendant | CRIM. NO.: 2:20-cr-866-MCA<br><br>**ORDER MODIFYING THE CONDITIONS OF PRE-TRIAL RELEASE** |

**THIS MATTER** having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq., attorneys for defendant, Gessica Vargas, and on notice to the United States Attorney's Office, deferring to the sound discretion of the Court, by and through Darren Haverson, Assistant United States Attorney, and on notice to and with no position taken by Pre-Trial Services, and the Court having considered the position of the parties and the certification of counsel:

IT IS on this 15th day of March, 2021

**ORDERED as follows:**

1. Defendant, Gessica Vargas, shall be permitted to travel with her husband, from Florida to Newark on April 30, 2021 and return to Florida on May 3, 2021;

2. While in New York, Ms. Vargas and her husband will be permitted to stay at the home of Johanna Santos at 3250 Seymour Avenue, Bronx, NY 10469;

3. On May 1, 2021, Ms. Vargas shall be permitted to attend a wedding taking place at St. Frances de Chantal Parish, 190 Hollywood Avenue, Bronx, NY 10465 and the reception thereafter at Surf Club on The Sound, 280 Davenport Avenue, New Rochelle, NY 10805;

**ORDERED** that all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within __5_______days of the date hereof.

_______________________________
Hon. Madeline Cox Arleo, USDJ