**U.S. Department of Justice**

*Criminal Division*
*Fraud Section*

*970 Broad Street, 7th floor* *973-645-2700*
*Newark, New Jersey 07102*

January 26, 2026

**VIA ECF**

Honorable Madeline Cox Arleo
U.S. District Judge
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *United States v. Gessica Vargas*, Crim. No. 20-866 (MCA) – Request to Adjourn Sentencing**

Dear Judge Arleo:

This case is currently scheduled for sentencing on February 4, 2026. We write to request that sentencing be continued for approximately six months.

Respectfully submitted,

LORINDA LARYEA
Acting Chief, Fraud Section

By: */s/Darren C. Halverson*
Darren C. Halverson
Trial Attorney
U.S. Department of Justice
Fraud Section, Criminal Division

CC: Anthony Iacullo, Esq. (VIA ECF)